NUMBER 13-01-762-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

CRISELDA
GARCIA,                                                              Appellant,

 

                                                   v.

 

H. E.
BUTT GROCERY COMPANY, ET AL.,                              Appellees.

____________________________________________________________________

 

                        On appeal from the 370th District Court

                                  of Hidalgo County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, CRISELDA
GARCIA, perfected an appeal from a judgment entered by the   370th District Court of Hidalgo County, Texas, in cause number C-2373-98-G.  The clerk=s record was filed on February 26,
2002.  No reporter=s record was
filed.  Appellant=s brief was due on March 28, 2002. To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On April 10, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was
given ten days to explain why the cause should not be dismissed for failure to
file a brief.  To date, no response has
been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 20th
day of June, 2002